FILED

05/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0458

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0458

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                             O R D E R

DONALD COLEN BRYANT,

     Defendant and Appellant.

_____

On May 22, 2024, this Court accepted the State's Notice of Concession and remanded this matter to the District Court for the purpose of dismissing Count I, Strangulation of a Partner or Family Member for insufficient evidence. This remand further disposed of the issues upon which Bryant appealed.

Therefore,

IT IS ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Matthew J. Cuffe.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 30 2024